IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>KAQUAN AMERSON,  )<br>  )<br>  Defendant.  )  | Case No. 8:08CR283<br><br>ORDER |

This matter is before the court on defendant's Motion to Review Detention and Request for Hearing (#41). The motion is denied. The defendant's motion contains no additional evidence or new information that would cause the court to reconsider the September 19, 2008 Order of Detention (#17).

**IT IS ORDERED:** The defendant's Motion to Review Detention and Request for Hearing (#41) is denied without hearing.

Dated this 5th day of January 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge